COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-377-CV

IN RE CHRIS-EARL: FIRMAN RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus, prohibition, and injunction and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of  mandamus, prohibition, and injunction is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED:  October 20, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.